# FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0649

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0649

---

IN THE MATTER OF:

K.M.,

　　Youth in Need of Care.

---

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

---

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until April 27, 2020, to prepare, serve, and file her Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2020